IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02396-PSF-OES

BASIC COMFORT, INC., a Colorado corporation; and
BARBARA S. HOUGHTELING,

    Plaintiffs,

v.

SASSY, INC., an Illinois corporation,

    Defendant.

---

## ORDER TO RESET SCHEDULING CONFERENCE

---

    This matter is before the Court *sua sponte*. The scheduling conference set for January 31, 2006 at 8:15 a.m. is RESET to January 31, 2006 **at 9:30 a.m.**

    DATED: January 26, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge