IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02396-PSF-MEH

BASIC COMFORT, INC., a Colorado corporation; and
BARBARA S. HOUGHTELING,

    Plaintiffs,

v.

SASSY, INC., an Illinois corporation,

    Defendant.

## ORDER TO RESET STATUS CONFERENCE

    This matter is before the Court *sua sponte*. The status conference in this case set for March 13, 2006 at 9:30 a.m. is RESET to March 13, 2006 **at 10:30 a.m.**

    DATED: March 7, 2006

                                BY THE COURT:

                                *s/ Phillip S. Figa*

                                _____
                                Phillip S. Figa
                                United States District Judge