IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02396-PSF-MEH

BASIC COMFORT, INC., a Colorado corporation; and
BARBARA S. HOUGHTELING,

    Plaintiffs,

v.

SASSY, INC., an Illinois corporation,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR BRIEFING AND DISCOVERY FOR PRELIMINARY INJUNCTION

The Court having considered the Stipulated Motion for Briefing and Discovery as to Preliminary Injunction (Dkt. # 25), it is ORDERED that the parties shall conduct discovery and file briefs with respect to Plaintiffs' Motion for Preliminary Injunction according to the following schedule:

<u>Briefing Schedule</u>:

(1)    Basic Comfort and Houghteling shall file a Supplemental Memorandum in Support of Motion For Preliminary Injunction on the issue of product recall by <u>March 31, 2006</u>;

(2)    Sassy shall file its Opposition Memorandum by <u>April 11, 2006</u>;

(3)    Basic Comfort and Houghteling shall file their Reply Memorandum by <u>April 18, 2006</u>.

Discovery Schedule:

(1) The parties will exchange disclosures under F.R.C.P., Rule 26(a)(1) by March 27, 2006;

(2) Basic Comfort and Houghteling shall take the Rule 30(b)(6) deposition of Sassy on April 11, 2006;

(3) Sassy shall take the Rule 30(b)(6) deposition of Basic Comfort on March 30, 2006;

(4) The parties shall informally exchange documents for purposes of the preliminary injunction motion.

DATED: March 21, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge