IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02396-PSF-MEH

BASIC COMFORT, INC., a Colorado corporation; and
BARBARA S. HOUGHTELING,

    Plaintiffs,

v.

SASSY, INC., an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL

Upon the Stipulation for Dismissal (Dkt. # 38) filed by Plaintiffs Basic Comfort, Inc. and Barbara S. Houghteling and Defendant Sassy, Inc., it is hereby

ORDERED that the above-captioned lawsuit and plaintiffs' claims asserted therein are DISMISSED WITH PREJUDICE, each party to bear her or its own costs and attorney's fees.

IT IS FURTHER ORDERED that the status conference in this matter currently set for June 13, 2006 is VACATED.

DATED: June 12, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge